# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142461-2 & (45)

PATRICK MCCARTHY,
   Plaintiff-Appellant,

v

SC: 142461-2
COA: 300159; 300160
Oakland CC: 2008-094425-NO;
2008-089426-NO

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M OEFFNER, RICHARD M LYNCH,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J RYAN, BARRY M
GRANT, MICHAEL J TALBOT, DIANE M
GARRISON, NANCY J DIEHL, RONALD F
ROSE, NANCY J GRANT, and OAKLAND
COUNTY CIRCUIT COURT,
   Defendants-Appellees.

_____/

   On order of the Court, the motion to strike is DENIED. The application for leave to appeal the October 26, 2010 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

d0418

Clerk